# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ANTOANETA MINTCHEV and TORION SELLERS, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC,**<br><br>Defendant. | **CIVIL ACTION NO.:**<br>**1:15-cv-03586-LMM** |

## ORDER

This matter is before the Court upon the parties' Joint Motion for Approval of Proposed Settlement Agreement and Entry of Judgment of Dismissal with Prejudice. The Court held a hearing on the matter on February 29, 2016. The Court has considered the Joint Motion and the proposed settlement agreement entered into by the parties to this action, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** as follows:

PD.18997815.1

1.  The Court **STRIKES** the first sentence of paragraph 7A and the first sentence of the second paragraph of Exhibit B of the settlement agreement as impermissibly frustrating the implementation of the FLSA.

2.  The Court **ORDERS** Defendants to file a copy of the settlement agreement on CM/ECF within 7 days of this Order.

3.  With the exception of the language stricken as discussed above, the parties' proposed settlement agreement is fair and reasonable, and the Joint Motion for Approval of Proposed Settlement Agreement and Entry of Judgment of Dismissal with Prejudice is **GRANTED.**

4.  This action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers this 29th day of February, 2016.

_____
HON. LEIGH MARTIN MAY
U.S. DISTRICT JUDGE